```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 12298
   PATRICK M DINEEN
   SHIRLEY R DINEEN                            CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2345    SSN XXX-XX-9271

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/14/2008 and was confirmed 08/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 10/18/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
INDYMAC BANK               CURRENT MORTG        .00            .00            .00
INDYMAC BANK               MORTGAGE ARRE        .00            .00            .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC        .00            .00         557.52
CAPITAL ONE AUTO FINANCE   UNSEC W/INTER  NOT FILED            .00            .00
ADVOCATE HEALTH CARE       UNSEC W/INTER  NOT FILED            .00            .00
ASPIRE                     UNSEC W/INTER  NOT FILED            .00            .00
CAPITAL ONE                UNSEC W/INTER    1095.45            .00            .00
LVNV FUNDING               UNSEC W/INTER    1077.56            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     729.93            .00            .00
COLLECTION                 UNSEC W/INTER  NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER     519.53            .00            .00
LVNV FUNDING               UNSEC W/INTER     694.41            .00            .00
PREMIER BANCARD CHARTER    UNSEC W/INTER     420.15            .00            .00
HSBC                       UNSEC W/INTER     587.35            .00            .00
HSBC                       UNSEC W/INTER     548.75            .00            .00
ORCHARD BANK               UNSEC W/INTER  NOT FILED            .00            .00
LOU HARRIS COMPANY         UNSEC W/INTER  NOT FILED            .00            .00
RJM ACQUISITION            UNSEC W/INTER      81.94            .00            .00
CRESCENT RECOVERY LLC      UNSEC W/INTER    3467.33            .00            .00
CHRISTINE DINEEN           NOTICE ONLY    NOT FILED            .00            .00
INDYMACK BANK              MORTGAGE NOTI  NOT FILED            .00            .00
THOMAS W LYNCH             DEBTOR ATTY      2,882.00                       667.92
TOM VAUGHN                 TRUSTEE                                         106.56
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,332.00

PRIORITY                                        .00

                 PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 12298 PATRICK M DINEEN & SHIRLEY R DINEEN
```

```
SECURED                                                         557.52
UNSECURED                                                          .00
ADMINISTRATIVE                                                  667.92
TRUSTEE COMPENSATION                                            106.56
DEBTOR REFUND                                                      .00
                                     ----------------   ----------------
TOTALS                                       1,332.00           1,332.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 01/27/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```